IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF TEXAS
<u>Houston</u> DIVISION

United States Courts
Southern District of Texas
FILED

JUL 17 2019

David J. Bradley, Clerk of Court

<u>Nathan Lee Wenzel 2075800</u>
Plaintiff's name and ID Number

<u>T.D.C.J. Ellis Unit</u>
Place of Confinement

v. <u>Brian Collier
Executive Director
Texas Dept. of Criminal Justice
Price Daniel Bldg.
209 West 14th St., 5th floor
Austin, TX. 78701</u>
Defendant's name and address

CASE NO._____
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, <u>Nathan Wenzel</u> declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment?    Yes ☐    No ☑
    b. Rent payments, interest or dividends?            Yes ☐    No ☑
    c. Pensions, annuities or life insurance payments?  Yes ☐    No ☑
    d. Gifts or inheritances?                           Yes ☐    No ☑
    e. Family or friends?                               Yes ☐    No ☐
    f. Any other sources?                               Yes ☐    No ☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    <u>My sister Lisa Vassilico ordered $20.00 worth of hygeine for me through ECOMM. in March</u>

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes ☐    No ☑

    If you answered YES to any of the questions above, state the total value of the items owned.

    _____
    _____

1

☆ATCIFP (REV. 9/02)

3.  Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐   No ☑

    If you answered **YES**, describe the property and state its approximate value.

    _____
    _____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ____15____ day of ____July____, 20__19__.

_Nathan Wenzel_    _2075800_
Signature of Plaintiff           ID Number


**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

2

☆ATCIFP (REV. 9/02)